IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MICHAEL A GLOVER, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No. 4:21-cv-00003-CDL-MSH |
| | : | |
| Warden REAGAN BLACK, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Pending before the Court is Plaintiff's motion for the issuance of subpoenas (ECF No. 74). Plaintiff requests that the Court subpoena Sergeant Steven Lopes—a nonparty—to testify at Plaintiff's deposition scheduled for February 3, 2022. Mot. for Subpoenas 1, ECF No. 74. To the extent Plaintiff is requesting the Court schedule, arrange, and pay for the deposition of Sergeant Lopes, Plaintiff's motion is **DENIED**. *See Barber v. Krepp*, No. 1:15-CV-83-WLS, 2018 WL 9491217, at *3 (M.D. Ga. Jan. 10, 2018) ("Should Plaintiff choose to depose any individual, Plaintiff must abide by the applicable Rules to properly take a deposition. *See* Fed. R. Civ. P. 30, 31. This includes providing a court reporter to take the deposition, paying the appropriate expenses, and making the appropriate arrangements."), *recommendation adopted by* 2018 WL 9491218 (M.D. Ga. Apr. 30, 2018).

To the extent Plaintiff is requesting a blank subpoena pursuant to Rule 45, his motion is **GRANTED**. *See* Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it."). The Clerk is **DIRECTED** to

provide Plaintiff with one (1) signed, but otherwise blank, subpoena. Plaintiff is advised, however, that if he wishes to subpoena a non-party for an oral deposition, he must abide by both Rule 30 and Rule 45 of the Federal Rules of Civil Procedure.

    SO ORDERED, this 20th day of January, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE