```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

MICHAEL A. GLOVER,              *

    Plaintiff,                  *

vs.                             *

                                              CASE NO. 4:21-CV-3 (CDL)

WARDEN REAGAN BLACK, *et. al.*, *

    Defendants.                 *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 27, 2022 is hereby approved, adopted, and made the Order of the Court, except that the motion for summary judgment (ECF No. 106) is granted in its entirety. The Magistrate Judge correctly concluded that no genuine fact disputes exist on either of Plaintiff's two remaining claims—his failure to protect claim and his retaliation claim. Therefore, Defendants are entitled to summary judgment on both claims under Federal Rule of Civil Procedure 56, notwithstanding the Report and Recommendation's statement that the motion should be granted in part and denied in part. The fact that the Magistrate Judge concluded that summary judgment was not appropriate on the retaliation claim based on Defendants' failure-to-exhaust argument does not mean that summary judgment is inappropriate on other grounds. Given that the

Magistrate correctly concluded that Plaintiff failed to present sufficient evidence to create a genuine fact dispute on all the elements of his retaliation claim, the Court finds that Defendants are entitled to summary judgment on that claim.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 18th day of October, 2022.

                                              S/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA