IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL A. GLOVER, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-cv-3 (CDL) |
| | * |
| Warden REAGAN BLACK, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated July 29, 2021, October 28, 2021, and October 18, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 18th day of October 2022.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk